UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MANUEL A. GARCIA | : | CIVIL ACTION NO. 2:22-CV-00481 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, ET. AL. | : | MAGISTRATE JUDGE KAY |

**JUDGMENT**

The Report and Recommendation [doc. 13] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that plaintiff's Motion to Remand [Doc. 7] be **GRANTED** and that this matter be **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers on the 7th day of December, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE